In the Matter of MORRIS VOGEL, Also Known as MORRIS W. VOGEL, an Attorney, Respondent.

First Department, May 28, 1937.

*S. C. Lewis* of counsel [*Einar Chrystie,* attorney], for the petitioner.

Respondent in person.

PER CURIAM. The respondent has been shown to have been guilty of sharp practice as an attorney, of dishonorable conduct in several matters, especially in evading his obligation to pay for a chattel purchased under a contract of conditional sale, and of giving false testimony in connection therewith in supplementary proceedings. He should be disbarred.

Present — MARTIN, P. J., O'MALLEY, UNTERMYER, DORE and COHN JJ.

Respondent disbarred.